IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02278-BNB

LEE ERIC THOMPSON,

      Plaintiff,

v.

HEALTH CARE PROVIDERS,
P. A. BLOOR,
C.D.O.C. - ARISTEDES W. ZARVARAS [sic], and
GOV. BILL RITTER JR.,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 9 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Lee Eric Thompson, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Trinidad, Colorado, correctional facility. He submitted to the Court **_pro se_** a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.

In an order filed on October 6, 2009, Magistrate Judge Boyd N. Boland granted the motion pursuant to 28 U.S.C. § 1915, required Mr. Thompson to pay the full amount of the $350.00 filing fee in installments, and directed him to pay an initial partial filing fee of $56.00 within thirty days or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. The October 6 order warned Mr. Thompson that if he failed by the designated deadline to have the $56.00 initial partial filing fee sent to the clerk of the Court or to show cause why he has no assets and no

means by which to pay the initial partial filing fee, the complaint would be dismissed without further notice.

Mr. Thompson has failed within the time allowed to pay the $56.00 initial partial filing fee, to show cause as directed why he is unable to do so, or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for the failure of Plaintiff, Lee Eric Thompson, within the time allowed, to pay the initial partial filing fee of $56.00 or to show cause as directed why he has no assets and no means by which to pay the designated initial partial filing fee.

DATED at Denver, Colorado, this 19 day of November, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 09-cv-02278-BNB

Lee Eric Thompson
Prisoner No.  117184
Trinidad Correctional Facility
PO Box 2000 - LU1
Trinidad, CO 81082


     I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on **11/19/09**

GREGORY C. LANGHAM, CLERK

By: _____
                      Deputy Clerk